5KJ

*IN THE*

## COURT OF CRIMINAL APPEALS

*AUSTIN, TEXAS*

RONNIE DWAYNE SANDERS

VS.                                                  CAUSE NO. 05-98-00323-CR

STATE OF TEXAS

### O R D E R

On this 6th day of July, 2000, came on to be considered the appellant's *pro se motion*

to file an out-of-time pro se petition for discretionary review.

AND SUCH MOTION is hereby *denied*.

IT IS SO ORDERED.

PER CURIAM

A TRUE COPY ATTEST:

Troy C. Bennett, Jr., Clerk
Court of Criminal Appeals

By: _____*Faye Koenig*_____
      Faye Koenig, Deputy Clerk

